DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AVENUE LOFTS 4-502, LLC** and **TOMMY F. STRICKLAND, JR.** a/k/a **TOMMY F. STRICKLAND,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, ETC.,**
Appellee.

No. 4D22-946

[May 25, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. 062018CA016575.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Michael R. Esposito of Blank Rome LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***